### Veronica C. AVERY et al.

v.

### William Q. STURNER et al.

### No. 80-70-Appeal.

Supreme Court of Rhode Island.

March 16, 1981.

E. Howland Bowen, Providence, for plaintiffs.

Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley, Maureen A. Hobson, Dept. of Health, Division of Legal Services, Providence, for defendants.

## ORDER

This matter is before us on the defendants' motion pursuant to Rule 16(g) to affirm the judgment entered in Superior Court. After having considered the briefs filed and having heard oral arguments of

counsel on October 7, 1980, we are satisfied that the issue on appeal is controlled by settled Rhode Island law. Accordingly, the motion to affirm the judgment is hereby granted.

SHEA, J., did not participate.